IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50261
Conference Calendar

_____


PETE BENAVIDES,

Plaintiff-Appellant,

versus

THOMAS E. BARBER; BURLESON COUNTY TEXAS;
FRANK L. KRISTOF; DON L. GRACE; W.J. STRACENER, JR.;
JOHN B. LANDOLT, JR.; BOB DOONAN, County Judge,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-00-CV-832-JN
--------------------
August 21, 2001

Before KING, Chief Judge, and POLITZ and PARKER, Circuit Judges.

PER CURIAM:[*]

Pete Benavides, Texas state prisoner # 281936, appeals from the district court's dismissal as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) of his civil rights complaint. 42 U.S.C. § 1983. He argues that the district court abused its discretion in dismissing as frivolous his denial-of-access-to-courts claim and in denying his motion to supplement and/or to amend his complaint.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the brief and discern no abuse of discretion in the district court's dismissal of Benavides's claims.  See Harper v. Showers, 174 F.3d 716, 718 (5th Cir. 1999); Degrate v. Godwin, 84 F.3d 768, 769 (5th Cir. 1996).  Nor did the district court abuse its discretion in denying Benavides's motion for leave to supplement and/or to amend his complaint.  See Ashe v. Corley, 992 F.2d 540, 542 (5th Cir. 1993).

AFFIRMED.